1

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

3

UNITED STATES OF AMERICA,                      Case No.: 2:22-mj-00106-VCF

4                    Plaintiff,                 **FINDINGS AND ORDER**

5          v.

6    CODY JENSEN,

7                    Defendant.

8

9          Based on the pending Stipulation between the defense and the government, and good

10   cause appearing therefore, the Court hereby finds that:

11         1.      The parties desire to continue the preliminary hearing to facilitate pre-

12   indictment resolution.  The Court finds good cause to continue the hearing to allow the

13   court additional time to decide whether to accept the plea.

14         2.      Both counsel for defendant and counsel for the government agree to the

15   continuance.

16         3.      Defendant is in custody and agrees to the continuance.

17         4.      The continuance is not sought for the purposes of delay, but to allow the

18   parties to reach a potential resolution before the government moves forward with further

19   prosecution.

20         5.      Denial of this request could result in a miscarriage of justice, and the ends of

21   justice served by granting this request outweigh the best interest of the public and the

22   defendants in a speedy trial.

23

24

3

6.    The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled for January 25, 2023, at 4:00 p.m. be vacated and continued to March 27, 2023 at 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this __23__ day of January, 2023.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

4