# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-mj-00106-VCF |
| Plaintiff, | **FINDINGS AND ORDER** |
| v. | |
| CODY JENSEN, | |
| Defendant. | |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1.      The parties desire to continue the preliminary hearing to facilitate pre-indictment resolution.  The Court finds good cause to continue the hearing to allow the court additional time to decide whether to accept the plea.

2.      Both counsel for defendant and counsel for the government agree to the continuance.

3.      Defendant is in custody and agrees to the continuance.

4.      The continuance is not sought for the purposes of delay, but to allow the parties to reach a potential resolution before the government moves forward with further prosecution.

5.      Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

1    6.    The additional time requested by this stipulation is excludable in computing

2    the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C.

3    § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

4    THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the

5    above-captioned matter currently scheduled for March 27, 2023, at 4:00 p.m. be vacated and

6    continued to ___May 15, 2023_____, at 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

7

8    DATED this __22nd__ day of March, 2023.

9

10    _____
     HONORABLE CAM FERENBACH
11    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24