RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Cody Jensen

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>CODY JENSEN,<br><br>              Defendant. | Case No. 2:23-cr-00116-RFB-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Cody Jensen, that the Sentencing Hearing currently scheduled on September 19, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than October 31, 2023.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Cody Jensen is participating in the Victim Impact program offered at the Southern Detention Center at Pahrump, Nevada. He desires to complete the program before his departure to the Bureau of Prisons. He expects to graduate with a certificate in October 2023.

      2.      The Office of Probation has also advised the parties that, due to the shortened sentencing hearing date, it will be difficult to comply with Federal Rules of Criminal Procedure 32(e), requiring them to provide a copy of the presentence report to the defendant thirty-five (35) days before the sentencing hearing date. Their office needs more time to prepare the report.

      3.      The defendant is in custody and agrees with the needs for the continuance.

      4.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 21st day of July, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ LaRonda Martin<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By /s/ Jean Ripley<br>JEAN RIPLEY<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CODY JENSEN,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00116-RFB-DJA<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, September 19, 2023 at 3:15 p.m., be vacated and continued to November 2, 2023 at 8:30 a.m. or to a time and date convenient to the court.

   DATED this 25th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE

3