RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Cody Jensen

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00116-RFB-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** (Second Request) |
| v. | |
| CODY JENSEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Cody Jensen, that the Sentencing Hearing currently scheduled on November 2, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days after November 2, 2023.

This Stipulation is entered into for the following reasons:

1.      Defense counsel needs additional time to review the presentence report with Cody Jensen, prepare objections or corrections to the report, and develop mitigation in support of the sentencing hearing.

2.      Counsel is also scheduled to leave the District of Nevada on November 2, 2023 to deliver an Implicit Bias and Cultural Competency presentation for the Bench and Bar Florida CJA Luncheon on November 3, 2023 at the Doctor Phillip Center for Performing Arts in Orlando, Florida.

3.      Counsel requests the Court not reschedule the sentencing hearing during the week of December 4, 2023. Counsel will be out of the District of Nevada to deliver an Implicit Bias and Cultural Competency presentation for the Orientation Seminar for Assistant Federal Public Defenders in Kansas City, Missouri.

4.      The defendant is in custody and agrees with the needs for the continuance.

5.      The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 29th day of September, 2023.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney


By *Isl LaRonda Martin*
LARONDA MARTIN
Assistant Federal Public Defender

By *Isl Jean Ripley*
JEAN RIPLEY
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00116-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| CODY JENSEN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for November 2, 2023 at 8:30 a.m., be vacated and continued to **December 19, 2023 at 9:15 a.m**.

DATED this 2nd day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE

3